UNITED STATES DISTRICT COURT
DISTRICT OF NEW JERSEY
-------------------------------------------------------x
MAUREEN FASANO,

                    Plaintiff,

      v.

FEDERAL RESERVE BANK
OF NEW YORK, RON HENRY,
CYNTHIA RAMOS, LEROY HOPE,
DOTTIE BOYD, KIM RUSSO,
LISA YOUNG and MERTHA
JAKUBISZEN,

                    Defendants.
-------------------------------------------------------x
FEDERAL RESERVE BANK
OF NEW YORK,

                    Counterclaim Plaintiff,

      v.

MAUREEN FASANO,

                    Counterclaim Defendant.
-------------------------------------------------------x

Civil Action No. 03-672 (JLL)(CCC)

CLOSED

**STIPULATION OF DISMISSAL
WITH PREJUDICE**

It is hereby stipulated and agreed, pursuant to Fed. R. Civ. P. 41, that all of the counterclaims brought by Counterclaim Plaintiff Federal Reserve Bank of New York against Counterclaim Defendant Maureen Fasano are hereby dismissed with prejudice, and without costs to either party.

As Maureen Fasano's Complaint has previously been dismissed by the United States District Court for the District of New Jersey by Amended Order dated August 28, 2006, this action is thus closed.

_____
Denley Y.S. Chew
Counsel and Assistant Vice President
Federal Reserve Bank of New York
100 Orchard Street
East Rutherford, New Jersey 07073
(201) 531-3167
Counsel for Counterclaim Plaintiff
Federal Reserve Bank of New York

_____
Andrew Dwyer
The Dwyer Law Firm LLC
17 Academy Street, Suite 1010
Newark, New Jersey 07102
(973) 242-3636
Counsel for Counterclaim Defendant
Maureen Fasano

SO ORDERED:

_____

Date: 4/11/07